IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BELTEX CORPORATION d/b/a** | § | |
| **FRONTIER MEATS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO. _____** |
| v. | § | |
| | § | |
| **ROBERT HEATH TRUCKING, INC.** | § | |
| **and ROBERT HEATH LOGISTICS, INC.,** | § | |
| | § | |
| Defendants. | § | |

## EXHIBIT 1 INDEX OF DOCUMENTS FILED IN STATE COURT

Defendants, in connection with Defendants' removal of this action from the 236th Judicial District Court of Tarrant County, Texas, show the following documents have been filed in state court:

| | **Date Filed** | **Document** |
|---|---|---|
| A. | December 12, 2018 | Plaintiffs' Original Petition |
| B. | January 11, 2018 | Citation to Robert Heath Trucking, Inc. |
| C. | January 11, 2018 | Citation to Robert Heath Logistic, Inc. |
| D. | February 5, 2019 | Return of Citation on Robert Heath Logistic, Inc. |