

# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil - Case and Transaction Information                                  2/13/19 12:30 PM

| Cause Number: | 236-304923-18 | | | Date Filed: 12-12-2018 |
| --- | --- | --- | --- | --- |
| | BELTEX CORPORATION, | \| VS \| | ROBERT HEATH TRUCKING, INC., ET AL | |
| Cause of Action: | CONTRACT, DEBT/CONTRACT | | | |
| Case Status: | PENDING | | | |

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
| --- | --- | --- | --- | --- | --- |
| 12-12-2018 | PLTF'S ORIG PET | N | I | 289.00 | |
| 12-12-2018 | COURT COST (PAID) trans #1 | Y | | | 289.00 |
| 12-12-2018 | CIT-ISSUED ON ROBERT HEATH TRUCKING INC-On 01/11/2019 | N | I Svc | 8.00 | |
| 12-12-2018 | CIT-ISSUED ON ROBERT HEATH LOGISTIC INC-On 01/11/2019 | N | I Svc | 8.00 | |
| 12-12-2018 | COURT COST (PAID) trans #4 | Y | | | 8.00 |
| 12-12-2018 | COURT COST (PAID) trans #3 | Y | | | 8.00 |
| 01-07-2019 | LTR/TAILIM RE: REQ CITS TO BE EMAIL (DOC PROD CKG) | I | | | 0.00 |
| 02-06-2019 | CIT/RETURN (ROBERT HEATH LOGISTIC INC) | | I | | 0.00 |
| 02-06-2019 | CIT Tr# 4 RET EXEC(ROBERT HEATH LOGISTIC INC) On 02/04/2019 | | I | | 0.00 |

**District Clerk's Office**

Tom Vandergriff Civil Courts Building

100 N. Calhoun St., 2nd Floor, Fort Worth, Texas 76196, Contact Us

Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster

Ex. 2