## THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

### CITATION    Cause No. 236-304923-18

BELTEX CORPORATION,
VS.
ROBERT HEATH TRUCKING, INC., ET AL

TO: ROBERT HEATH TRUCKING INC

B/S REG AGENT-TERRI HEATH SHANKLE 1201 E 40TH ST LUBBOCK, TX 75238-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 236th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

BELTEX CORPORATION, D/B/A FRONTIER MEATS

Filed in said Court on December 12th, 2018 Against
ROBERT HEATH TRUCKING INC, ROBERT HEATH LOGISTIC INC

For suit, said suit being numbered 236-304923-18 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

HABEN TEWELDE
Attorney for BELTEX CORPORATION Phone No. (214)528-8400
Address    8111 LBJ FWY STE 480 DALLAS, TX 75251

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 11th day of January, 2019.

By _Lauren Melanson_____ Deputy
LAUREN MELANSON

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the
clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN   *23630492318000003*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal)
County of _____, State of _____

Ex. 2B

Cause No. 236-304923-18

BELTEX CORPORATION,

VS.

ROBERT HEATH TRUCKING, INC.,
ET AL

ISSUED

This 11th day of January, 2019

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By    LAUREN MELANSON Deputy

---

HABEN TEWELDE
Attorney for: BELTEX CORPORATION
Phone No. (214)528-8400
ADDRESS: 8111 LBJ FWY STE 480

DALLAS, TX 75251

*CIVIL LAW*



*2363049231800003*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
**ORIGINAL**