236-304923-18

Case 4:19-cv-00133-Y   Document 1-6   Filed 02/13/19   Page 1 of 2   PageID 19

FILED
TARRANT COUNTY
2/6/2019 10:17 AM
THOMAS A. WILDER
DISTRICT CLERK

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

## CITATION

Cause No. 236-304923-18

BELTEX CORPORATION,
VS.
ROBERT HEATH TRUCKING, INC., ET AL

TO: ROBERT HEATH LOGISTIC INC

B/S REG AGENT-JAMES C SHANKLE 10880 ROCKWALL RD DALLAS, TX 75238-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 236th District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

BELTEX CORPORATION, D/B/A FRONTIER MEATS

Filed in said Court on December 12th, 2018 Against
ROBERT HEATH TRUCKING INC, ROBERT HEATH LOGISTIC INC

For suit, said suit being numbered 236-304923-18 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

HABEN TEWELDE
Attorney for BELTEX CORPORATION Phone No. (214)528-8400
Address    8111 LBJ FWY STE 480 DALLAS, TX 75251

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 11th day of January, 2019.

By _Lauren Melanson_
LAUREN MELANSON

A CERTIFIED COPY
ATTEST: 01/11/2019
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY Deputy
BY: /s/ Lauren Melanson

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

---

OFFICER'S RETURN  *23630492318000004*

Received this Citation on the __15__ day of __January__, 2019 at __5:00__ o'clock __P__ M; and executed at __10880 Rockwall Rd.__ within the county of __Dallas__, State of __TX__ at __12:45__ o'clock __P__ M on the __4__ day of __February__, 2019 by delivering to the within named (Def.): __James C Shankle__ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION , having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: __Molly Mock 4459__
County of __Dallas__  State of __TX__  By __Molly Mock X 6/31/19__ Deputy

Fees $ _____
State of __TX__ County of __Dallas__    (Must be verified if served outside the State of Texas)
Signed and sworn to by the said __Molly Mock__   before me this __5__ day of __February__, 2019
to certify which witness my hand and seal of office
(Seal)                 County of __Dallas__, State of __Texas__

YULIANA RAMIREZ
Notary Public, State of Texas
Comm. Expires 05-21-2021
Notary ID 129431462

Ex. 2D

# CITATION

Cause No. 236-304923-18

BELTEX CORPORATION,

VS.

ROBERT HEATH TRUCKING, INC., ET AL

ISSUED

This 11th day of January, 2019

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By      LAUREN MELANSON Deputy

HABEN TEWELDE
Attorney for: BELTEX CORPORATION
Phone No. (214)528-8400
ADDRESS: 8111 LBJ FWY STE 480

DALLAS, TX 75251

## CIVIL LAW



*23630492318000004*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL



A CERTIFIED COPY
ATTEST: 01/11/2019
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Lauren Melanson