# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **BELTEX CORPORATION d/b/a** § <br> **FRONTIER MEATS,** § <br>  § <br>   Plaintiff, § <br>  § <br> v. § <br>  § <br> **ROBERT HEATH TRUCKING, INC.** § <br> **and ROBERT HEATH LOGISTICS, INC.,** § <br>  § <br>   Defendants. § | **CIVIL ACTION NO. _____** |

## SUPPLEMENTAL CIVIL COVER SHEET FOR CASES REMOVED FROM STATE COURT

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 236th District Court of Dallas County | **236-304923-18** |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | **Party and Party Type** | **Attorneys** |
   |---|---|
   | BELTEX CORPORATION d/b/a FRONTIER MEATS,, Plaintiff | HABEN TEWELDE <br> State Bar No. 24096570 <br> btewelde@tailimsong.com <br> TAILIM SONG <br> State Bar No. 00792845 <br> tsong@tailimsong.com |

1

|  | JORDAN WHIDDON<br>State Bar No. 24093350<br>jwhiddon@tailimsong.com<br>8111 LBJ Freeway, Suite 480<br>Dallas, Texas 75251<br>(214) 528-8400 Telephone<br>(214) 528-8402 Facsimile |
|---|---|
| **Robert Heath Trucking, Inc., and Robert Heath Logistics, Inc.** Defendants. | Vic Houston Henry<br>State Bar No. 09484250<br>vhhenry@hoaf.com<br>Emileigh Hubbard<br>State Bar No. 24076717<br>ehubbard@hoaf.com<br>Henry, Oddo, Austin & Fletcher, P.C.<br>1700 Pacific Avenue, Suite 2700<br>Dallas, Texas  75201<br>(214) 658-1900 |

**3.     Jury Demand:**

Was a Jury Demand made in State Court:          Yes          XX  No

If *"Yes,"* by which party and on what date:

_____

Party                                                                                   Date


**4.     Answer:**

Was an Answer made in State Court?              Yes          XX  No

If *"Yes,"* by which party and on what date:

Party                                                                                   Date


**5.     Unserved Parties:**

The following parties have not been served at the time this case was removed:

**Party**                                                              **Reason(s) for No Service**

2

All parties have been served at the time this case was removed.

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| **Party** | **Reason** |
|---|---|

None.

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| Plaintiff | Damages to cargo during interstate transit by a motor carrier |
| Defendant Robert Heath Trucking, Inc. | Denies all claims; denies involvement in the Shipment |
| Defendant Robert Heath Logistics, Inc. | Denies responsibility for loss |