IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BELTEX CORPORATION d/b/a FRONTIER MEATS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-00133 |
| ROBERT HEATH TRUCKING, INC. and ROBERT HEATH LOGISTICS, INC., | § § § § | |
| Defendants, | § § | |
| v. | § § | |
| LEGAL FREIGHTLINES, LLC. | § § | |
| Third Party Defendant. | § § | |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

On this day came to be considered Defendants' Robert Heath Trucking, Inc. and Robert Heath Logistics, Inc. Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

The Court, having considered Defendant's motion, is of the opinion that the Motion is not timely and is, therefore, DENIED.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is DENIED.

**SIGNED** this ___ day of _____ 2019

_____
UNITED STATES DISTRICT JUDGE