IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BELTEX CORPORATION d/b/a<br>FRONTIER MEATS,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT HEATH TRUCKING, INC.<br>and ROBERT HEATH LOGISTICS, INC.,<br><br>  Defendants,<br><br>v.<br><br>LEGAL FREIGHTLINES, LLC.<br><br>  Third Party Defendant. | §§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:19-CV-00133 |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

On this day came to be considered Defendants' Robert Heath Trucking, Inc. and Robert Heath Logistics, Inc. Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

The Court, having considered Defendants' motion, is of the opinion that the Motion does not demonstrate Plaintiff's claims are preempted by federal law and is, therefore, DENIED.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is DENIED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE