IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BELTEX CORPORATION d/b/a FRONTIER MEATS,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT HEATH TRUCKING, INC. and ROBERT HEATH LOGISTICS, INC.,<br><br>  Defendants,<br><br>v.<br><br>LEGAL FREIGHTLINES, LLC.,<br><br>  Third Party Defendant. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:19-CV-00133 |

**APPENDIX IN OPPOSITION OF DEFENDANTS' SECOND MOTION TO DISMISS**

Plaintiff Beltex Corporation d/b/a Frontier Meats, hereby files the following Appendix in Opposition of Defendants' Second Motion to Dismiss.

| **EXHIBIT NO.** | **DESCRIPTION** | **APPENDIX PAGES** |
|---|---|---|
| A | Robert Heath Defendants' Motion to Dismiss First Amended Complaint and Brief in Support. | App. 1–9 |
| B | Plaintiff's First Amended Complaint Against Robert Heath Trucking, Inc. and Robert Heath Logistics, Inc., Original Complaint Against Legal Freightlines, LLC, and Jury Demand | App. 10–25 |
| C | Order Granting Motion to Dismiss and Setting Deadline for Amended Complaint | App. 26–27 |
| D | Plaintiff's Original Petition | App. 28 – 35 |

Respectfully submitted,

**TAILIM SONG LAW FIRM**

*/s/ Tailim Song*
_____

TAILIM SONG
State Bar No.: 00792845
tsong@tailimsong.com
8111 LBJ Freeway, Suite 480
Dallas, Texas 75251
(214) 528-8400 Telephone
(214) 528-8402 Facsimile

**ATTORNEY FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

On November 25, 2019, the foregoing document was filed with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that the document was served on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Tailim Song*
_____
Tailim Song