IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BELTEX CORPORATION d/b/a FRONTIER MEATS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-00133 |
| ROBERT HEATH TRUCKING, INC. and ROBERT HEATH LOGISTICS, INC., LEGAL FREIGHTLINES, LLC | § § § § | |
| Defendants, | § § | |
| v. | § § § | |
| LEGAL FREIGHTLINES, LLC. | § § | |
| Third Party Defendant. | § § | |

## TAILIM SONG LAW FIRM'S UNOPPOSED MOTION TO WITHDRAW AS BELTEX CORPORATION D/B/A FRONTIER MEATS'S COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Tailim Song Law Firm, counsel for Plaintiff Beltex Corporation d/b/a Frontier Meats, and files this, its Unopposed Motion to Withdraw as Counsel, and would respectfully show the court the following:

**I.**

Tailim Song Law Firm seeks to withdraw as counsel for Plaintiff Beltex Corporation d/b/a Frontier Meats. Good cause exists for withdrawal because Plaintiff has not paid Movant's reasonable fees, has failed to reasonably communicate with Plaintiff's counsel, and has failed to take required action for the defense of Plaintiff's case.

**II.**

There are currently no pending deadlines for in the case and a no Scheduling Order has been entered.

### III.

The last known address for Beltex Corporation d/b/a Frontier Meats 3801 North Grove Street Fort Worth, TX 76106. Eric Nauwelaers is the president of Plaintiff and has served as Plaintiff's counsel's point of contact for Plaintiff. The last known phone number for Eric Nauwelaers is (817) 624-1136. The last known email address for Eric Nauwelaers is en@frontiermeats.com.

### IV.

Counsel for Plaintiff Beltex Corporation d/b/a Frontier Meats has caused to be delivered to Plaintiff a copy of this Motion by email, first class mail, and certified mail. Plaintiff has agreed to the Motion. This Motion will not jeopardize the rights of the Plaintiff. This withdrawal is not sought for delay only.

### V.

WHEREFORE, PREMISES CONSIDERED, Tailim Song Law Firm prays that the Court grant this Unopposed Motion to Withdraw as Beltex Corporation d/b/a Frontier Meats's Counsel and be released from further obligation to the Plaintiff's as Attorney of Record.

Respectfully submitted,

**TAILIM SONG LAW FIRM**

*/s/ Tailim Song*
_____
TAILIM SONG
State Bar No.: 00792845
tsong@tailimsong.com
CHRIS L. VALENTINE
State Bar No.: 24104313
cvalentine@tailimsong.com

8111 LBJ FWY, Ste 480  
Dallas, Texas 75251  
(214) 528-8400 Telephone  
(214) 528-8402 Facsimile

**ATTORNEYS FOR PLAINTIFF**
**BELTEX CORPORATION D/B/A**
**FRONTIER MEATS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2020, a true and correct copy of the foregoing was served via electronic service via the Court's electronic filing system on all counsel of record.

*/s/ Tailim Song*
_____
Tailim Song

## CERTIFICATE OF CONFERENCE

Counsel for the movant has caused to be delivered to counsel for respondents and counsel for respondents have received a copy of the proposed motion. Counsel for respondents are unopposed to movant's motion.

Certified on July 24, 2020.

*/s/ Tailim Song*
_____
Tailim Song