IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BELTEX CORPORATION d/b/a<br>FRONTIER MEATS,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT HEATH TRUCKING, INC.<br>and ROBERT HEATH LOGISTICS, INC.,<br>LEGAL FREIGHTLINES, LLC<br><br>   Defendants,<br><br>v.<br><br>LEGAL FREIGHTLINES, LLC.<br><br>   Third Party Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:19-CV-00133 |

**ORDER GRANTING TAILIM SONG LAW FIRM'S
MOTION TO WITHDRAW AS BELTEX CORPORATION
D/B/A FRONTIER MEATS'S COUNSEL**

ON THIS DAY, came to be heard, the Tailim Song Law Firm's Motion to Withdraw as Defendant's counsel. After consideration of the pleadings, and hearing the arguments of counsel, the court is of the opinion that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT Tailim Song, Chris L. Valentine, and the Tailim Song Law Firm's Motion to Withdraw as Defendant Beltex Corporation d/b/a Frontier Meats's counsel, is hereby GRANTED.

Signed this _____ day of _____, 2020.

_____
JUDGE PRESIDING