```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

BELTEX CORPORATION              §
                                §
VS.                             §   ACTION NO. 4:19-CV-133-Y
                                §
ROBERT HEATH TRUCKING, INC.,    §
ET AL.                          §
                                §
VS.                             §
                                §
LEGAL FREIGHTLINES, LLC         §

## ORDER OF DISMISSAL

In an order filed on August 10, 2020, Plaintiff's counsel were permitted to withdraw, and Plaintiff was granted until September 8 to obtain new counsel who was required to file a notice of appearance. The order noted that because Plaintiff is a corporation, it may not proceed in this case pro se. It further warned that a failure to timely comply with the order would result in the dismissal of Plaintiff's claims. In an order filed on October 2, Plaintiff's deadline to respond was extended to October 26. As of the date of this order, Plaintiff has failed to respond to the Court's orders.

It is, therefore, ORDERED that Plaintiff's claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling due to lack of prosecution. Because the third-party claims are contingent upon Plaintiff's recovery on its claims, those claims are also DISMISSED WITHOUT PREJUDICE to their refiling.

SIGNED November 17, 2020.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE